An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
Appellant,
vs.
ONE QUEENSRIDGE PLACE
HOMEOWNERS' ASSOCIATION, INC.,
Respondent.

No. 65254

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DECLINING CERTIFIED QUESTION*

This matter involves a legal question certified to this court, under NRAP 5, by the United States District Court for the District of Nevada. Specifically, the U.S. District Court has certified the following question to this court:

> Whether the prioritization of liens pursuant to Nev. Rev. Stat. § 116.3116 may have the effect of extinguishing the interest of a holder of a first security interest under a deed of trust secured by the unit when an association forecloses its delinquent assessments lien by sale pursuant to Nev. Rev. Stat. § 116.31162.

As we believe there is controlling Nevada precedent with respect to this question, we decline to answer this question. *See* NRAP 5(a). Specifically, in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), this court held that a common-interest community association's NRS 116.3116(2) superpriority lien has true

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39693

priority over a first security interest and that the association may nonjudicially foreclose on that lien.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

cc:     Tiffany & Bosco, P.A.
        Marquis Aurbach Coffing
        Clerk, United States District Court for the District of Nevada